IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA, HELENA DIVISION

| | |
|---|---|
| PATRICIA P. DAVIS,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>EQUIFAX INFORMATION SERVICES, LLC, TRANSUNION, EXPERIAN,<br>F.I.A. CARD SERVICES, N.A. d/b/a BANK OF AMERICA and MIDLAND FUNDING, LLC, d/b/a MIDLAND CREDIT MANAGEMENT, INC.<br><br>　　　　Defendants. | Cause No. CV-13-3-H-DLC-RKS<br><br><br>**AFFIDAVIT OF SERVICE OF PROCESS** |

STATE OF DELAWARE　　)
　　　　　　　　　　　　　: ss.
County of _NEW CASTLE_　)

　　　　I, DAN DELCOLLO, do hereby affirm that on the _25th_ day of January, 2013, at _11:50_ (a.m.)/p.m., I personally served the following document upon _Molly Gonzales_ (name), _Business Agent_ (title/position), at _FIA Card Services_ (business/office name), 1100 King Street, Wilmington, DE 19801, on behalf of Defendant F.I.A. Card Services, N.A. d/b/a Bank of America:

　　　　-　**Summons**

　　　　-　**Verified Complaint, Jury Trial Demanded**

I certify that I am over the age of 18 and have no interest in the above action.

DATED this 25th day of January, 2013.

*Dan Delcollo*
Dan Delcollo

On this 25th day of January, 2013, before me, a notary public, personally appeared Dan Delcollo, known to me to be the person whose name is subscribed to the within instrument, and acknowledged to me that he executed the same.

X _____ (signature)
    Dennis Schofield        (print name)
Notary Public for the State of Delaware
Residing at Wilmington, DE
My commission expires Nov. 3, 2015

DENNIS SCHOFIELD
NOTARY PUBLIC
STATE OF DELAWARE
My commission expires Nov. 3, 2015

QS11322